# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FROST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:16-cv-00047 Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| Defendant. | ) ) | |

## **O R D E R**

On November 2, 2016, the Magistrate Judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment upon the Administrative Record (Docket No. 14) is DENIED, and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 20th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge